# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTIAN WEBB, | ) | |
| Petitioner, | ) | 3:12-cv-00427-LRH-VPC |
| vs. | ) | **ORDER** |
| ROBERT LEGORNDE, *et al.*, | ) | |
| Respondents. | ) | |

On January 4, 2013, respondents filed a second motion to extend time to file a responsive pleading to petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF #9). Good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' second motion to extend time to file their response to the petition (ECF #9) is **GRANTED**. Respondents shall file their response to the petition on or before January 11, 2013.

DATED this 7th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE