# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTIAN WEBB,

    Petitioner,

vs.

ROBERT LEGORNDE, *et al.*,

    Respondents.

3:12-cv-00427-LRH-VPC

**ORDER**

    On January 4, 2013, respondents filed a second motion to extend time to file a responsive pleading to petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF #9). Good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' second motion to extend time to file their response to the petition (ECF #9) is **GRANTED**. Respondents shall file their response to the petition on or before January 11, 2013.

    DATED this 7th day of January, 2013.

                                                    LARRY R. HICKS
                                                  UNITED STATES DISTRICT JUDGE